PRAY et al. v. TODD et al. (Supreme Court, Appellate Division, First Department. May 22, 1908.) Action by John A. Pray and another against Louis L. Todd and another. From a judgment dismissing the complaint, and from an order denying a retaxation of costs, plaintiffs appeal. Judgment affirmed, and order modified, and, as modified, affirmed. See 95 App. Div. 423, 88 N. Y. Supp. 650. C. T. Haviland, for appellants. J. W. Greene, for respondents.

PER CURIAM. The judgment appealed from is affirmed, without costs, and the order modified, by striking from bill of costs $8 and $5, disbursements for printing cases on first and second appeals, and, as so modified, affirmed, without costs.

